# CERTIFICATE OF SERVICE

I, __Cristina Gutierrez__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __July 17, 2025__ by:
(date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

[XX] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

23and me; Anne Wocicki  
870 Market Street Room 415  
San Francisco CA. 94102

TTAM RESEARCH INSTITUTE  
171 Market St. #259  
Los Altos CA. 94022

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

July 17, 2025  
Date

_Signature: Cristina Gutierrez_

Print Name: Cristina Gutierrez  
Business Address: 1015 Rosewood Ave  
City: Inglewood   State: CA.   Zip: 90301

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  23andMe, Holding Co., et al. | ) | Bankruptcy Case No.: 25-40976-B357 |
| Debtor(s). | ) | Chapter: 11 |
| Hector Gutierrez | ) | Adversary Case No.: 25-04043-B357 |
| Plaintiff(s), | ) | |
| vs. | ) | |
| 23andMe, Inc., et al. | ) | |
| Defendant(s). | ) | |

**CONSENT TO ENTRY OF JUDGMENT AND ORDERS BY BANKRUPTCY COURT**

Each party to the above-captioned adversary proceeding is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the Bankruptcy Court conduct any and all proceedings in this case, including trial and entry of orders and judgment in accordance with the provisions of Title 28 U.S.C. Section 157(b)(1) and/or (c)(2).

**IMPORTANT:** File this form with the Clerk's office promptly, but not later than 14 days after your appearance, answer or responsive pleading, or, in a removed case in which you have already appeared, not later than 14 days after the filing of the notice of removal.

**FAILURE TO FILE THIS FORM SHALL BE CONSTRUED AS CONSENT TO ENTRY OF ORDERS AND JUDGMENT BY THE BANKRUPTCY COURT.**

**CHECK ONE:**

☐ The party or parties listed below **consent** to entry of judgment and orders by the Bankruptcy Court in this adversary proceeding. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☒ (xx) The party or parties listed below **do not** consent to the entry of judgment and orders by the Bankruptcy Court in this adversary proceeding.

Name of Party or Parties (please type or print):

Hector Gutierrez

Submitted by: Hector Gutierrez      Date: July 22, 2025

Print Name/Bar No.:
Address: 1015 Rosewood ave

Telephone Number: 424-200-1504
Fax Number:
Email Address: heg254@aol.com

# CERTIFICATION OF SERVICE

(Complete each service method that applies)

[xx] I. I certify that a true and correct copy of the Consent to Entry of Judgment was filed electronically on (date of service) __July 24, 2025__ with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ __Hector Gutierrez__

[xx] II. I certify that a true and correct copy of the Consent to Entry of Judgment was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on (date of service) __July 24, 2025__ :

/s/ __Hector Gutierrez__

(insert names and addresses of the parties to receive a copy of this document or attach separate service list)

23andMe;Anne Wocicki
870 Market Street
Room 415
San Francisco CA. 94102

TTAM RESEARCH INSTITUTE
171 Market St. #259
Los Altos CA. 94022

[ ] III. I certify that a true and correct copy of the Consent to Entry of Judgment was filed electronically with the United States Bankruptcy Court, and has been served on the following Insured Depository Institutions pursuant to Fed. R. Bankr. P. 7004(h), or on the United States, or any of its officers or agencies pursuant to Fed. R. Bank. P. 7004(b)(4) or (5), on (date of service) _____ by (insert certified, first class mail, or other type of authorized service)_____addressed to the following persons:

/s/_____

(insert names and addresses of the parties to receive a copy of this document or attach separate service list)

Rev. 07/18 conbkjus







# UNITED STATES POSTAL SERVICE.

AIRPORT LOS ANGELES
8821 AVIATION BLVD
LOS ANGELES, CA 90009-9997
www.usps.com

07/17/2025                                    04:33 PM

---

TRACKING NUMBERS
9589 0710 5270 2838 1638 35
9589 0710 5270 2838 1638 59

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

 

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|

First-Class Mail®    1          $_._ _
Letter
     San Francisco, CA 94102
     Weight: 0 lb 1.20 oz
     Estimated Delivery Date
     Mon 07/21/2025
     Certified Mail®
        Tracking #:
           9589 0710 5270 2838 1658 3_
     Return Receipt    $4._ _
        Tracking #:
           9590 9402 9470 5069 3693 62

Total                $1_.17

First-Class Mail®    1          $_._ _
Letter
     Los Altos, CA 94022
     Weight: 0 lb 1.20 oz
     Estimated Delivery Date
     Mon 07/21/2025
     Certified Mail®            $3.30
        Tracking #:
           9589 0710 5270 2838 1658 59
     Return Receipt    $4.40
        Tracking #:
           9590 9402 9479 5069 3693 79

Total                $1_.17

-------------------------------------

Grand Total:           $2_.34

```
Letter
    Los Altos, CA 94022
    Weight: 0 lb 1.20 oz
    Estimated Delivery Date
    Mon 07/21/2025
    Certified Mail®
        Tracking #:
            9589 0710 5270 2838 1898 90
    Return Receipt
        Tracking #:
            9590 9402 3479 5066 3663 10

Total                                              $   

Grand Total:                                       $21.54

                                                   $21.54
Debit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX8450
    Approval #: 083819
    Transaction #: 751
    Receipt #: 054638
    Debit Card Purchase: $21.54
    AID: A0000000980840            Chip
    AL: US DEBIT
    PIN: Verified
```

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS

```
Debit Card Remit                          $21.54
    Card Name: VISA
    Account #: XXXXXXXXXXXX8450
    Approval #: 083819
    Transaction #: 751
    Receipt #: 054638
    Debit Card Purchase: $21.54
    AID: A0000000980840              Chip
    AL: US DEBIT
    PIN: Verified
```

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offe
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.