Hector Gutierrez
1015 Rosewood Ave
Inglewood Ca. 90301
heg254@aol.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HECTOR GUTIERREZ, | CASE NO. 25-40976-357 |
| Plaintiff, | ADV. PROC. NO. 25-04043-357 |
| vs. | PROOF OF SERVICE |
| 23ANDME, INC., ET,. AL | |
| Defendant | |

**Proof of Service by EDSS**

I, Hector Gutierrez, declare as follows:

1. I am the Plaintiff in this adversary proceeding, appearing pro se.
2. On September 07, 2025, I electronically filed the foregoing **Amended Adversary Complaint for Damages, Declaratory, and Injunctive Relief** etc. with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri using the Court's Electronic Document Submission System ("EDSS") and counsel for defendants at david.unseth@blcplaw.com
3. I am informed and believe that EDSS provides notice of this filing to all registered CM/ECF users in this case, including counsel for Defendants, and that such electronic service constitutes proper service under Local Rules and applicable federal rules.
4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 07, 2025

Respectfully submitted,

*/s/ Hector Gutierrez/*

Hector Gutierrez in Pro se

PROOF OF SERVICE  - 1